UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on December 3, 2014
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Melissa Anne Searles

| | |
|---|---|
| Case Number: | 13-17128 |
| Hearing Date: | 12/3/2014 |
| Judge: | GMB |
| Chapter: | 13 |

Recommended Local Form:     ☒ Followed     ☐ Modified

## ORDER REINSTATING

☒ **CASE**     ☐ **AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 3, 2014**

Honorable Gloria M. Burns
United States Bankruptcy Court Judge

This matter having been presented to the Court by _____debtor_____ and, for good cause it is

ORDERED that:

☑ the Order of Dismissal filed on _____10/28/2014_____ is vacated and the case shall be reinstated.

❏ the Order Vacating the Automatic Stay filed on _____ is vacated and the automatic stay is reinstated.

*rev.6/1/06; jml*